**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No.** 2:16-cv-00334

_____

**SHORT FORM COMPLAINT**

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants

named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference.

Plaintiff(s) further show the court as follows:

1.  Female Plaintiff

    Rebecca Quinn

2.  Plaintiff's Spouse (if applicable)

    Thomas Quinn

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    Not applicable

4.  State of Residence

    Illinois

5.  District Court and Division in which venue would be proper absent direct filing.

    U.S. District Court for the Central District of Illinois

6.  Defendants (Check Defendants against whom Complaint is made):

    ☒    A.  Ethicon, Inc.

    ☒    B.  Johnson & Johnson

    ☐    C.  American Medical Systems, Inc. ("AMS")

Revised: 5/28/14

☐    D.  Boston Scientific Corporation

☐    E.  C. R. Bard, Inc. ("Bard")

☐    F.  Sofradim Production SAS ("Sofradim")

☐    G.  Tissue Science Laboratories Limited ("TSL")

☐    H.  Mentor Worldwide LLC

☐    I.  Coloplast Corp.

☐    J.  Cook Incorporated

☐    K.  Cook Biotech, Inc.

☐    L.  Cook Medical, Inc.

☐    M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐    N.  Neomedic International, S.L.

☐    O.  Neomedic Inc.

☐    P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction

☒    Diversity of Citizenship

☐    Other:  _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

_____9, 10, 11

B. Other allegations of jurisdiction and venue:

Defendant has transacted business within the State of Illinois and this Court has personal jurisdiction over Defendant under the Illinois Long-Arm Statute, 735 Ill. Comp. Stat. 5/2-209.

Defendant has committed a tortious injury in the State of Illinois caused by its acts and/or omissions outside of this State and it is subject to jurisdiction in this Court under the Illinois Long-Arm Statute by virtue of its regular conduct and solicitation of business in this State, its continued derivation of substantial revenue from goods used or consumed in Illinois, and based on its otherwise persistent course of conduct in Illinois.

Defendant has purposefully and systematically committed acts and consummated transactions in the State of Illinois from which it has derived and continues to derive substantial revenues, and it has otherwise committed purposeful actions in the State of Illinois which should have led it to reasonably anticipate being haled into court in Illinois.  Jurisdiction is proper in this Court with respect to Defendant.

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

_____

_____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

☐    Prolift

☐    Prolift +M

☐    Gynemesh/Gynemesh PS

☐    Prosima

☒    TVT

☐    TVT-Obturator (TVT-O)

☐    TVT-SECUR (TVT-S)

☐    TVT-Exact

☐    TVT-Abbrevo

☐    Other

_____

_____

10. Date of Implantation as to Each Product:

On or about March 7, 2005

11.  Hospital(s) where Plaintiff was implanted (including City and State):

Springfield Clinic, 1025 South 6th Street, P.O. Box 19248, Springfield, IL 62794

12. Implanting Surgeon(s):

Thomas E. Baron, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

☒    Count I – Negligence

4

☒    Count II – Strict Liability – Manufacturing Defect

☒    Count III – Strict Liability – Failure to Warn

☒    Count IV – Strict Liability – Defective Product

☒    Count V – Strict Liability – Design Defect

☒    Count VI – Common Law Fraud

☒    Count VII – Fraudulent Concealment

☒    Count VIII – Constructive Fraud

☒    Count IX – Negligent Misrepresentation

☒    Count X – Negligent Infliction of Emotional Distress

☒    Count XI – Breach of Express Warranty

☒    Count XII – Breach of Implied Warranty

☒    Count XIII – Violation of Consumer Protection Laws

☒    Count XIV – Gross Negligence

☒    Count XV – Unjust Enrichment

☒    Count XVI – Loss of Consortium

☒    Count XVII – Punitive Damages

☒    Count XVIII – Discovery Rule and Tolling

☐    Other Count(s) (Please state factual and legal basis for other claims below):

_____

_____

_____

5

Respectfully submitted,

/s/Stephen D. Phillips
/s/Terrence M. Quinn
/s/Elise A. Waisbren
Attorneys for Plaintiff

Stephen D. Phillips
Illinois Bar No. 6189372
sphillips@phillipslegal.com
Terrence M. Quinn
Illinois Bar No. 6275734
Tquinn@phillipslegal.com
Elise A. Waisbren
Illinois Bar No. 6307256
ewaisbren@phillipslegal.com
PHILLIPS LAW OFFICES
161 N. Clark Street, Suite 4925
Chicago, Illinois 60601
(312) 346-4262

6